**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: James M. Bartos                                   CHAPTER 13

Debtor(s)

BKY. NO. 24-21263 GLT

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of U.S. Bank National Association, as trustee, on behalf of the holders of the Home Equity Asset Trust 2007-3 Home Equity Pass-Through Certificates, Series 2007-3 and index same on the master mailing list.

Respectfully submitted,

/s/ *Brent J. Lemon*

PA Western BK
28 May 2024, 09:59:26, EDT

Denise Carlon, Esq. (317226)    ☐
Brent Lemon, Esq. (86478)    ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com