UNITED STATES BANKRUPTCY COURT
FOR WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

James M Bartos  				CHAPTER: 13
167 Davis AVE  				CASE NUMBER: 24-21263
Pittsburgh, PA 15202  			CLAIM AMOUNT: $784.11

Debtors.
_____

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Jefferson Capital Systems LLC, and pursuant to Rule 3006, F.R.Bkcy.P., hereby withdraws its Proof of Claim, filed 7/2/2024, in the amount of $784.11.

Jefferson Capital Systems LLC hereby releases and discharges the Chapter 13 Trustee from any further liability for said Proof of Claim, and specifically requests the Chapter 13 Trustee to discontinue any and all disbursements in connection with said Proof of Claim.

This 9th day of July, 2024.

Jefferson Capital Systems LLC

By: /s/ Rhonda Pratt
Rhonda Pratt   Bankruptcy Specialist

Jefferson Capital Systems, LLC
200 14th Avenue E
Sartell, MN 56377
(800) 928-7314

## **CERTIFICATE OF SERVICE**

I do hereby certify that I served a copy of the NOTICE OF WITHDRAWAL OF

PROOF OF CLAIM filed in the Bankruptcy case on:

| | |
|---|---|
| Debtor: | James M Bartos<br>167 Davis AVE<br>Pittsburgh, PA 15202 |
| Debtor's Attorney: | Brian Bleasdale<br>101 Emerson AVE<br>Aspinwall, PA 15215 |
| Chapter 13 Trustee: | RONDA J WINNECOUR |

by submitting electronically with the court.

    This 9th day of July, 2024.

    Jefferson Capital Systems LLC

    By: /s/ Rhonda Pratt
    Rhonda Pratt   Bankruptcy Specialist

    Jefferson Capital Systems, LLC
    200 14th Avenue E
    Sartell, MN 56377
    (800) 928-7314