FILED
10/11/24 7:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | Case No. 24-21263 GLT |
| : | Chapter 13 |
| JAMES M. BARTOS : | |
| : | |
| Debtor(s). : | |
| : | |
| RONDA J. WINNECOUR, Trustee, : | |
| : | |
| Movant, : | |
| : | |
| v. : | |
| : | |
| JAMES M. BARTOS : | |
| : | Hearing Date: 11/27/24 at 10:00 AM |
| Respondent(s). : | Response Date: 11/1/24 |
| : | Related to Docket No. 33 |

**NOTICE AND ORDER SCHEDULING HEARING
AND RESPONSE DEADLINE REGARDING MOTION OF THE
CHAPTER 13 TRUSTEE TO DISMISS CHAPTER 13 BANKRUPTCY CASE**

TO THE RESPONDENT(S), CREDITORS, AND PARTIES IN INTEREST:

YOU ARE HEREBY NOTIFIED THAT the chapter 13 trustee made an oral motion (the "Motion") requesting the dismissal of this bankruptcy case.

YOU ARE FURTHER NOTIFIED THAT if you object to the dismissal of this bankruptcy case, you must file and serve upon the chapter 13 trustee a response to the *Motion* **by no later than November 1, 2024**, in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the Honorable Gregory L. Taddonio as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, this bankruptcy case will be dismissed and no further hearing will be held.

YOU ARE FURTHER NOTIFIED THAT if a response is timely filed, a hearing will be held on **November 27, 2024 at 10:00 a.m.** before Judge Gregory L. Taddonio in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219. If a response is filed, the Court will consider plan confirmation at the hearing. Parties may participate in the hearing via Zoom Video Conference in compliance with Judge Taddonio's Procedures.

The Chapter 13 Trustee shall *immediately* serve this *Notice* on those persons and entities required to receive notice of the *Motion* pursuant to the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and/or the Local Rules of this Court, and file a certificate of service evidencing the same.

Dated:  October 11, 2024

_____
GREGORY L. TADDONIO, CHIEF JUDGE
UNITED STATES BANKRUPTCY COURT

hct

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-21263-GLT |
| James M. Bartos | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Oct 15, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James M. Bartos, 167 Davis Avenue, Pittsburgh, PA 15202-3971 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2024            Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE HOME EQUITY ASSET TRUST 2007-3 HOME EQUITY PASS-THROUGH CERTIFICATES, SERIES 2007-3 blemon@kmllawgroup.com, lemondropper75@hotmail.com |
| Brian J. Bleasdale | on behalf of Debtor James M. Bartos bleasdb@yahoo.com |
| Jennifer L. Cerce | on behalf of Creditor Borough of Bellevue jlc@mbm-law.net |
| Joseph James Perotti, Jr | on behalf of Creditor Borough of Bellevue rmonti@grblaw.com  KNicely@grblaw.com;rmonti@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Oct 15, 2024 | Form ID: pdf900 | Total Noticed: 1

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7