FILED
11/01/2024 - 11:22 AM
CLERK
U.S. BANKRUPTCY
COURT - WDPA

James Bartos

167 Davis Ave

Pgh, Pa 15202

Case# 24-21263 GLT

To whom it may concern,

I am putting a motion to stop the dismissal of the hearing scheduled on 11/27/24.

James Bartos

*/s/ James Bartos*