James Bartos

167 Davis Ave

Pgh, Pa 15202

Case# 24-21263 GLT

To whom it may concern,

I am putting a motion to stop the dismissal of the hearing scheduled on 11/27/24.

*James Bartos* (signature)

James Bartos

167 Davis Ave

Pittsburgh, PA 15202

412-628-0053

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
: Case No. 24-21263 GLT
JAMES M. BARTOS
: Chapter 13
Debtor(s).

RONDA J. WINNECOUR, Trustee,

Movant,

v.

JAMES M. BARTOS

Respondent(s).

: Hearing Date: 11/27/24 at 10:00 AM
: Response Date: 11/1/24
: Related to Docket No. 33

FILED
10/11/24 7:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

412-644-2700

**NOTICE AND ORDER SCHEDULING HEARING
AND RESPONSE DEADLINE REGARDING MOTION OF THE
CHAPTER 13 TRUSTEE TO DISMISS CHAPTER 13 BANKRUPTCY CASE**

TO THE RESPONDENT(S), CREDITORS, AND PARTIES IN INTEREST:

YOU ARE HEREBY NOTIFIED THAT the chapter 13 trustee made an oral motion (the "Motion") requesting the dismissal of this bankruptcy case.

YOU ARE FURTHER NOTIFIED THAT if you object to the dismissal of this bankruptcy case, you must file and serve upon the chapter 13 trustee a response to the *Motion* **by no later than November 1, 2024**, in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the Honorable Gregory L. Taddonio as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, this bankruptcy case will be dismissed and no further hearing will be held.

YOU ARE FURTHER NOTIFIED THAT if a response is timely filed, a hearing will be held on **November 27, 2024 at 10:00 a.m.** before Judge Gregory L. Taddonio in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219. If a response is filed, the Court will consider plan confirmation at the hearing. Parties may participate in the hearing via Zoom Video Conference in compliance with Judge Taddonio's Procedures.

The Chapter 13 Trustee shall *immediately* serve this *Notice* on those persons and entities required to receive notice of the *Motion* pursuant to the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and/or the Local Rules of this Court, and file a certificate of service evidencing the same.

Dated: October 11, 2024

_____
GREGORY L. TADDONIO, CHIEF JUDGE
UNITED STATES BANKRUPTCY COURT



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| CASE NAME | James M. Bartos |
|---|---|
| CASE NO. | 24-21263-GLT |
| RELATED TO DOCUMENT NO. | #37 |

## NOTICE REGARDING NONCONFORMING DOCUMENT

The **Response to the Notice and Order Scheduling Hearing** that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

**The following corrections are to be made:**

1. A complete caption at the top of the document is required on all pleadings, naming a "Movant" and any "Respondent(s)" in accordance with W.PA.LBR.9004-1.

2. Your contact information (Typed Name, Telephone Number, and Address) is to be listed under the signature line, in accordance with W.PA.LBR 5005-6.

You must file an Amended Response within ten (10) days of the date of this notice.

Failure to meet this deadline may result in your document being Stricken Without Prejudice.

This deadline does not affect any other deadlines in your bankruptcy case.

**Please attach a copy of this Notice to the front of the Amended Response that is filed in response to this Notice.**

| November 1, 2024 | By: | /s/Maggie Schuck |
|---|---|---|
| Date | | Deputy Clerk |

James Bartos

167 Davis Ave

Pgh, Pa 15202

Case# 24-21263 GLT

To whom it may concern,

I am putting a motion to stop the dismissal of the hearing scheduled on 11/27/24.

James Bartos

*James Bartos*
167 Davis Ave.
Pgh, Pa. 15202
412-628-0053