Case 24-21263-GLT   Doc 44   Filed 11/20/24   Entered 11/21/24 00:35:52   Desc Imaged
                        Certificate of Notice   Page 1 of 4

FILED
11/18/24 2:36 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 24-21263-GLT |
| **JAMES M. BARTOS**, | : | Chapter 13 |
| *Debtor*. | : | |
| | : | |
| **RONDA J. WINNECOUR,** Trustee, | : | |
| *Movant*, | : | |
| v. | : | Related to Dkt. Nos. 37 and 40 |
| **JAMES M. BARTOS,** | : | |
| *Respondent*. | : | |

## **ORDER**

The Debtor, James M. Bartos, commenced this case by filing a voluntary petition for relief under chapter 13 of title 11 of the United States Code on May 22, 2024.[1] The petition was filed by the Debtor's attorney, Brian Bleasdale. Attorney Bleasdale remains counsel of record and has filed a number of documents on the Debtor's behalf since the inception of the case.[2]

The chapter 13 trustee seeks dismissal of the case because the Debtor failed to make a single plan payment over the past five months.[3] Attorney Bleasdale has not filed a response to the trustee's request, but the Debtor submitted two papers (together, the "Documents"), each containing the following statement:

> I am putting a motion to stop the dismissal of the hearing scheduled on 11/27/24.[4]

---

[1] Dkt. No. 1.
[2] See, e.g., Dkt. Nos. 2-5, 30.
[3] See Dkt. Nos. 33, 34.
[4] See Dkt. Nos. 37, 40.

The Documents violate the rule against hybrid representation and shall be stricken. Under 28 U.S.C. § 1654, a party may represent himself in proceedings before the court, or he may be represented by counsel.[5] He cannot do both. While some courts do not necessarily observe a strict prohibition against hybrid representation, those within our circuit do not share that permissive view.[6] Because Attorney Bleasdale has not sought to withdraw his representation and the Court has not approved any such request, only those filings instituted by counsel of record will be accepted on the Debtor's behalf.

Based on the foregoing, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

    1.    The documents filed at Dkt. No. 37 and Dkt. No. 40 are **STRICKEN** from the record and otherwise denied as wholly without merit.

Dated: November 18, 2024

GREGORY L. TADDONIO, CHIEF JUDGE
UNITED STATES BANKRUPTCY COURT

Case Administrator to Mail to: Debtor

---

[5] 28 U.S.C. § 1654 specifically provides:

> In all courts of the United States the parties may plead and conduct their own cases personally or by counsel as, by the rules of such courts, respectively, are permitted to manage and conduct causes therein.

28 U.S.C.A. § 1654 (West).

[6] See e.g., West v. Emig et al., App. No. 22-3205, 2023 WL 8434288, at *4 (3d Cir. Dec. 5, 2023) cert. denied sub nom. West v. Emig, et al., No. 24-5516, 2024 WL 4743122 (U.S. Nov. 12, 2024) (citing United States v. Johnson, 899 F.3d 191, 206 (3d Cir. 2018) and 3d Cir. L.A.R. 31.3); Snyder v. Biros, Civ. A. No. 23-979, Docket No. 11 (W.D. Pa. Apr. 3, 2024) (Colville, J.); Snyder v. Biros, Civ. A. No. 24-478, Dkt. No. 23 (W.D. Pa. Nov. 9, 2024) (Fischer, J.).

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-21263-GLT |
| James M. Bartos | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Nov 18, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2024:**

**Recip ID          Recipient Name and Address**
db              + James M. Bartos, 167 Davis Avenue, Pittsburgh, PA 15202-3971

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2024          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2024 at the address(es) listed below:

**Name**                **Email Address**

Brent J. Lemon
                    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE HOME EQUITY ASSET TRUST 2007-3 HOME EQUITY PASS-THROUGH CERTIFICATES, SERIES 2007-3 blemon@kmllawgroup.com, lemondropper75@hotmail.com

Brian J. Bleasdale
                    on behalf of Debtor James M. Bartos bleasdb@yahoo.com

Jennifer L. Cerce
                    on behalf of Creditor Borough of Bellevue jlc@mbm-law.net

Joseph James Perotti, Jr
                    on behalf of Creditor Borough of Bellevue rmonti@grblaw.com  KNicely@grblaw.com;rmonti@grblaw.com

Keri P. Ebeck
                    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Nov 18, 2024 | Form ID: pdf900 | Total Noticed: 1 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7