IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 24-21263-GLT |
| | : | Chapter: | 13 |
| James M. Bartos | : | | |
| | : | | |
| | : | Date: | 11/27/2024 |
| *Debtor(s).* | : | Time: | 10:00 |

FILED
11/27/24 4:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## PROCEEDING MEMO

**MATTER:** #2 - Contested Confirmation of Plan Dated 5/22/2024 [NFC]

#34 - Trustee's Oral Motion to Dismiss
#40 - Amended Response filed by Debtor
#41 - Notice of Nonconforming Document

[# 33 Conciliation hearing held. Trustee recommends dismissal - Debtor has no defense. From 10/10/2024 conciliation conference. No plan payments in 4 months.]

**APPEARANCES:**
Debtor:   Brian Bleasdale (Debtor)
Trustee:  Kate DeSimone

[10:07]
**NOTES:**

Trustee: Remain skeptical about the feasiblity of the case. Six months in with no payments from the Debtor. Debtor has net income of $12.50 and need $2,300/month plan payment.

Bleasdale: I concur with that summary. There's no payments and it's been six months. We're not aware of any defense to that.

Bartos: $2,300 is my whole pay, it should be lowered.

**OUTCOME:**
1. The *Trustee's Motion to Dismiss* [Dkt. No. 266] is GRANTED. [HT to issue standard dismissal order]

**DATED:** 11/27/2024