Form 309

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **James M. Bartos** | : | Case No. 24−21263−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | Related dkt. No. 34 |
| | : | |

### ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this *The 27th of November, 2024,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

(5) Pursuant to the proceedings held on 11/27/24

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
James M. Bartos  
      Debtor

Case No. 24-21263-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Nov 27, 2024      Form ID: 309      Total Noticed: 33

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James M. Bartos, 167 Davis Avenue, Pittsburgh, PA 15202-3971 |
| cr | + | Borough of Bellevue, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15801946 | + | Albertelli Law, Attn: Roger Fay, Esq., 14000 Commerce Parkway, Suite H, Mount Laurel, NJ 08054-2242 |
| 15801947 | + | Angelika Bartos, 167 Davis Avenue, Pittsburgh, PA 15202-3971 |
| 15810383 | + | Bellevue Borough, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15801949 | + | Borough of Bellevue, 568 Lincoln Avenue, Pittsburgh, PA 15202-3530 |
| 15801956 | + | Jordan Tax Service, Inc., 102 Rahway Road, McMurray, PA 15317-3349 |
| 15801958 | + | Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15801963 | + | Roger Fay, Esq., 14000 Commerce Parkway, Suite H, Mount Laurel, NJ 08054-2242 |
| 15801965 | + | Skrill USA, Inc., 5335 Gate Parkway, 4th Floor, Jacksonville, FL 32256-3071 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Nov 27 2024 23:43:00 | Borough of Bellevue, c/o Joseph J. Perotti, Jr., Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| cr | | EDI: JEFFERSONCAP.COM | Nov 28 2024 04:40:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 5632-9617 |
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 27 2024 23:52:53 | PYOD LLC, c/o Resurgent Capital Services, PO Box 19008, GREENVILLE, SC 29602-9008 |
| 16429901 | + | EDI: MAXMSAIDV | Nov 28 2024 04:40:00 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 300001, Greenville TX 75403-3001 |
| 15808772 | + | Email/Text: ebnjts@grblaw.com | Nov 27 2024 23:43:00 | Borough of Bellevue, GRB Law, c/o Joseph J. Perotti, Jr., Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15801950 | | Email/Text: caineweiner@ebn.phinsolutions.com | Nov 27 2024 23:43:51 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd 4th Floor, Sherman Oaks, CA 91411 |
| 15801951 | + | EDI: CAPITALONE.COM | Nov 28 2024 04:40:00 | Capital One, N.A., Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15801952 | + | Email/Text: SNagel@cedarfinancial.com | Nov 27 2024 23:43:00 | Cedar Financial, Attn: Bankruptcy, 5230 Las Virgenes Road, Calabasas, CA 91302-3448 |
| 15801953 | + | Email/Text: SNagel@cedarfinancial.com | Nov 27 2024 23:43:00 | Cedars Business Services, 5230 Las Virgenes Road, Suite 210, Calabasas, CA 91302-3465 |
| 15801954 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 27 2024 23:52:54 | Credit One Bank, N.A., P.O. Box 98875, Las Vegas, NV 89193-8875 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15801955 | + | EDI: MAXMSAIDV | Nov 28 2024 04:40:00 | Dept of Ed/Aidvantage, P.O. Box 300001, Greenville, TX 75403-3001 |
| 15824233 | + | Email/Text: jdryer@bernsteinlaw.com | Nov 27 2024 23:43:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15815634 | | EDI: JEFFERSONCAP.COM | Nov 28 2024 04:40:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15809247 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 27 2024 23:53:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15801957 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 27 2024 23:52:33 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, P.O. Box 10497, Greenville, SC 29603-0497 |
| 15801960 | + | Email/PDF: bankruptcy_prod@navient.com | Nov 27 2024 23:53:04 | Navient, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 15801961 | + | EDI: MAXMSAIDV | Nov 28 2024 04:40:00 | Navient, Attn: Bankruptcy, P.O. Box 9635, Wilkes Barre, PA 18773-9635 |
| 15807391 | | Email/Text: ECMCBKNotices@ecmc.org | Nov 27 2024 23:43:00 | Navient Solutions, LLC. on behalf of, ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 15817050 | | EDI: PRA.COM | Nov 28 2024 04:40:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 15801962 | | EDI: PRA.COM | Nov 28 2024 04:40:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15809249 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 27 2024 23:52:33 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 15801964 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 27 2024 23:44:00 | Select Portfolio Servicing, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15801966 | + | EDI: BLUESTEM | Nov 28 2024 04:40:00 | Webbank/Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, ON BEH |
| 15839338 | | U.S. Bank National Association, as trustee, on beh |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15801948 | ##+ | BAM Trading Services Inc., One Letterman Drive, Bldg C, Suite C3-800, San Francisco, CA 94129-2402 |
| 15801959 | ##+ | Milstead & Associates, LLC, Attn: Lorraine Gazzara Doyle, 1 E. Stow Road, Marlton, NJ 08053-3118 |

TOTAL: 2 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 27, 2024 | Form ID: 309 | Total Noticed: 33 |

Date: Nov 29, 2024              Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2024 at the address(es) listed below:**

**Name**             **Email Address**

Brent J. Lemon
on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE HOME EQUITY ASSET TRUST 2007-3 HOME EQUITY PASS-THROUGH CERTIFICATES, SERIES 2007-3 blemon@kmllawgroup.com, lemondropper75@hotmail.com

Brian J. Bleasdale
on behalf of Debtor James M. Bartos bleasdb@yahoo.com

Jennifer L. Cerce
on behalf of Creditor Borough of Bellevue jlc@mbm-law.net

Joseph James Perotti, Jr
on behalf of Creditor Borough of Bellevue rmonti@grblaw.com  KNicely@grblaw.com;rmonti@grblaw.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com


TOTAL: 7